UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DOUGLAS MORIN,

                Petitioner,

-vs-                                             Case No. 6:12-cv-83-Orl-28DAB

SECRETARY, DEPARTMENT OF
CORRECTIONS, et al.,

                Respondents.
_____

## ORDER OF DISMISSAL

Petitioner initiated this action by filing a pleading that appeared to relate to certain state criminal proceedings (Doc. No. 1). However, the Court was unable to determine the basis upon which it had jurisdiction over this matter, and Petitioner was ordered to file an amended petition/complaint specifically delineating the basis upon which the Court had jurisdiction over this matter (Doc. No. 2). Petitioner filed a response (Doc. No. 3) stating, in relevant part, that he "never intended for the Courts to act on my Complaint, I only wished that the U.S. Attorney General's Office to pursue criminal action against those responsible for the false arrest, fabrication of evidence . . . during the criminal proceedings against me . . . ." As a result, since Petitioner does not want to pursue a cause of action in this Court, this case will be dismissed without prejudice.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby

DISMISSED without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida, this \_\_\_2nd\_\_\_ day of February, 2012.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 2/2
Douglas Morin